IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER ANTHONY DESHAZO                                    PLAINTIFF

v.                          Civil No. 06-4089

JOHN PARTAIN, et al.                                      DEFENDANTS

**ORDER**

For reasons stated in a memorandum opinion of this date, DeShazo's complaint is hereby dismissed as it is barred by the statute of limitations. Moreover, the claim is not cognizable under § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

IT IS SO ORDERED this the 15th day of November 2006.

/s/ Harry F. Barnes
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE